F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 0 4 2011

GREGORY C. LANGHAM
_____ CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00430-BNB
(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

JOHN ERNEST DADE,

    Applicant,

v.

UNITED STATES OF AMERICA,

    Respondent.

---

### ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a "Temporary Restraining Order" and a "Petition for Relief Under 28 U.S.C. § 2241." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __X__    is not submitted
(2)   ____    is missing affidavit
(3)   ____    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __X__    is missing certificate showing current balance in prison account
(5)   ____    is missing required financial information
(6)   ____    is missing an original signature by the prisoner
(7)   ____    is not on proper form (must use the court's current form)
(8)   ____    names in caption do not match names in caption of complaint, petition or

|      |     | habeas application |
|------|-----|---------------------|
| (9)  | __  | An original and a copy have not been received by the court. Only an original has been received. |
| (10) | X   | other: Motion is necessary only if $5.00 filing fee is not paid in advance. |

**Complaint, Petition or Application:**

| (11) | X  | is not submitted |
|------|----|------------------|
| (12) | __ | is not on proper form (must use the court's current form) |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page nos. ___ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (17) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | __ | names in caption do not match names in text |
| (19) | X  | other: The only proper Respondent in a habeas corpus action is Applicant's current warden, superintendent, jailer or other custodian. |

Accordingly, it is

ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED March 4, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00430

John Ernest Dade
Prisoner No. 10381023
FCI Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms** to the above-named individuals on March 4, 2011.

                                            GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                        Deputy Clerk